JS 44 (Rev. 12/07)

**CIVIL COVER SHEET**

14.CV.6881

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

SUSAN EBNER

**(b)** County of Residence of First Listed Plaintiff  Philadelphia, PA
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kalikhman & Rayz, LLC 1051 County Line Road, Suite "A"
Huntingdon Valley, PA 19006 (215) 364-5030

### DEFENDANTS

UNITED RECOVERY SYSTEMS, LP, and DOES 1 through 10, inclusive,

County of Residence of First Listed Defendant  Houston, TX
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 862 Black Lung (923) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §§ 1692 et seq.
Brief description of cause:
FDCPA Claim

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE                     DOCKET NUMBER

DATE
12/3/14

SIGNATURE OF ATTORNEY OF RECORD

DEC - 4 2014

S.T.

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

UNITED STATES DISTRICT COURT 14    6881

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: c/o Kalikhman & Rayz, LLC 1051 County Line Road, Suite "A" Huntingdon Valley, PA 19006

Address of Defendant: 5800 North Course Drive Houston, TX 77072

Place of Accident, Incident or Transaction: Philadelphia County

(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))      Yes☐  No☒

Does this case involve multidistrict litigation possibilities?      Yes☐  No☒

RELATED CASE, IF ANY:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐  No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐  No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐  No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(Please specify) 15 U.S.C. § 1692 et seq.

B. Diversity Jurisdiction Cases:

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify)

## ARBITRATION CERTIFICATION

(Check Appropriate Category)

I, Eric Rayz, Esq. , counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: 12/3/14      _____      87976
                    Attorney-at-Law                 Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 12/3/14      _____      87976   DEC - 4 2014
                    Attorney-at-Law                 Attorney I.D.#

CIV. 609 (6/08)

RB

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| EBNER | : | CIVIL ACTION |
| v. | : | 14    6881 |
| UNITED RECOVERY SYSTEMS, LP, et al. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.)          (x)

(f) Standard Management – Cases that do not fall into any one of the other tracks.          ( )

| | | |
|---|---|---|
| 12/3/14 | | Plaintiff |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 364-5030 | (215) 364-5029 | erayz@kalraylaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

DEC – 4 2014





H400

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

DEC 0 4 2014

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

| | |
|---|---|
| SUSAN EBNER, individually and on behalf of all others similarly situated<br><br>PLAINTIFF(S)<br><br>v.<br><br>UNITED RECOVERY SYSTEMS, LP; and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S) | **Class Action Complaint**<br><br>Civil Action No.  **14  6881**<br><br>Jury Trial Demanded |

Plaintiff Susan Ebner ("Plaintiff") on behalf of herself individually, and on behalf of all others similarly situated, alleges as follows:

## I.   INTRODUCTION

1.      This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. § 1692 et seq.

2.      In effectuating the FDCPA, Congress sought to limit the tactics a debt collector could use. Despite these plain truths, Defendant (defined herein) used inappropriate tactics to collect Plaintiff's debt.

3.      Upon information and belief, Defendant used these very same tactics across the country against hundreds, if not thousands, of individuals who, fall within the ambit of the protections of the FDCPA.

4.      Absent this action, Defendant's inappropriate tactics would continue unabated.

## II.   THE PARTIES

5.      Plaintiff is an adult individual citizen of the Commonwealth of Pennsylvania.



Plaintiff resides in Philadelphia County.

6.  Plaintiff is a "consumer," as that term is defined and/or contemplated within the scope of FDCPA.

7.  Defendant UNITED RECOVERY SYSTEMS, LP (hereinafter "Defendant") is a business entity that regularly conducts business in the Eastern District of Pennsylvania, and is engaged in the business of debt collection within the Commonwealth of Pennsylvania.

8.  Indeed, on its own website, http://unitedrecoverysystems.com/, Defendant provides the following information about itself:

> United Recovery Systems, LP is a Texas-based Limited Partnership headquartered in Houston, Texas with offices in Arizona, Kentucky, and Oklahoma. URS has maintained consistent growth through the years by providing high-quality collection services to a select group of clients. Over the years we have established long-term relationships with the top issuers in the credit card, retail, commercial, and deficiency loan industries.
>
> United Recovery Systems employs some of the most dedicated collection personnel in the industry. Our experienced management staff and our ability to supply our collectors with the most sophisticated tools available enables URS to attract the finest collectors in the industry.

See  http://unitedrecoverysystems.com/services/about/,  last  visited  on  October  22,  2014 (emphasis supplied).

9.  Further, the below image on Defendant's website solicits collection clients:



Id.

10.     Upon information and belief, Defendant is organized under the laws of the State of Texas and maintains its principal place of business address at 5800 North Course Drive Houston, TX 77072.

11.     Plaintiff is unaware of the names and capacities of those defendants sued as DOES 1 through 10, but will seek leave to amend this complaint once their identities become known to Plaintiff.  Upon information and belief, Plaintiff alleges that at all relevant times each defendant, including the DOE defendants 1 through 10, was the officer, director, employee, agent, representative, alter ego, or co-conspirator of each of the other defendants, and in engaging in the conduct alleged herein was in the course and scope of and in furtherance of such relationship.

12.     Unless otherwise specified, Plaintiff will refer to all defendants collectively as "Defendant" and each allegation pertains to each Defendant.

13.     Defendant is a "debt collector," as that term is defined and/or contemplated within the scope of FDCPA, and operates its debt collection enterprise from the same address.

14.     Defendant uses instrumentalities of interstate commerce and mail in a business, whose principal purpose is collection of debts and/or regularly collects (or attempts to collect), directly or indirectly, debts owed or due or asserted to be owed or due another.

15.     At all times material hereto, Defendant acted and/or failed to act in person and/or through duly authorized agents, servants, workmen, and/or employees, acting within the scope and course of their authority and/or employment for and/or on behalf of Defendant.

### III.   JURISDICTION AND VENUE

16.     This Honorable Court has jurisdiction pursuant to 15 U.S.C. § 1692k and 28 U.S.C. § 1337.

17.     The Eastern District of Pennsylvania is the proper venue for this litigation, because:

       a.     Plaintiff is a resident of the Eastern District of Pennsylvania and Defendant's wrongful conduct was directed to and was undertaken within the territory of the Eastern District of Pennsylvania; and

       b.     Defendant conducts a substantial portion of its business in the Eastern District of Pennsylvania.

### IV.    STATEMENT OF CLAIMS

#### A.    BACKGROUND

18.     In May of 2014, Defendant sent Plaintiff a letter, dated May 7, 2014, regarding Plaintiff's alleged debt of $5,727.51 with Chase Bank, N.A., referenced by the following sequence that appears immediately above Plaintiff's name in the top third portion of the correspondence "33136807." A true and correct copy of the letter is marked and attached hereto as Exhibit "A."

19.     The debt at issue was incurred by Plaintiff for her personal, family, and household expenses.

20.     The letter was sent in a "glassine window" envelope and the sequence "33136807" was clearly visible through this window. Exhibit "A."

21.     In June of 2014, Defendant sent Plaintiff a letter, dated June 11, 2014, regarding the same debt, with the same sequent – "33136807" – appearing immediately above Plaintiff's name in the top third portion of the correspondence. A true and correct copy of the letter is marked and attached hereto as Exhibit "B."

22.     The letter was sent in a "glassine window" envelope and the sequence

"33136807" was clearly visible through this window.  Exhibit "B."

23.     The letter disclosed that "33136807" was the account number Defendant – "URS

No." – assigned to Plaintiff, which was used to identify Plaintiff in connection with Defendant's

collection efforts with respect to the debt at issue.  Exhibit "B."

24.     In August of 2014, Defendant sent Plaintiff a letter, dated August 7, 2014,

regarding the same debt, with the same sequence – "33136807" – appearing immediately above

Plaintiff's name in the top third portion of the correspondence.  A true and correct copy of the

letter is marked and attached hereto as Exhibit "C."

25.     The letter was sent in a "glassine window" envelope and the sequence

"33136807" was clearly visible through this window.  Exhibit "C."

26.     The letter disclosed that "33136807" was the account number Defendant assigned

to Plaintiff, which was used to identify Plaintiff in connection with Defendant's collection efforts

with respect to the debt at issue.  Exhibit "C."

27.     In August of 2014, Defendant also sent Plaintiff a letter, dated August 8, 2014,

regarding Plaintiff's alleged debt of $16,532.26 with Citibank, N.A., referenced by the following

sequence that appears immediately above Plaintiff's name in the top third portion of the

correspondence "33726277."  A true and correct copy of the letter is marked and attached hereto

as Exhibit "D."

28.     The debt at issue was also incurred by Plaintiff for her personal, family, and

household expenses.

29.     The letter was sent in a "glassine window" envelope and the sequence

"33726277" was clearly visible through this window.  Exhibit "D."

30.     Plaintiff believes and, therefore, avers that "33726277" was the account number

Defendant assigned to Plaintiff, which was used to identify Plaintiff in connection with Defendant's collection efforts with respect to the debt at issue. Exhibit "D."

31.     The sequences "33136807" and "33726277" constitute personal identifying information.

32.     Defendant disclosed the sequences "33136807" and "33726277" on the face of the envelopes Defendant used for letters sent to Plaintiff.

33.     Section 1692(f)(8) of the FDCPA specifically prohibits "[u]sing any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer."

34.     The disclosure of Plaintiff's personal identifying information on the face of the envelope violated Section 1692(f)(8). See Douglass, et al. v. Convergent Outsourcing, 765 F.3d 299 (3rd Cir. 2014).

35.     As described herein, Defendant's actions violated the applicable provisions of the FDCPA.

36.     Defendant's conduct, as alleged herein, is (and was) deliberate, intentional, reckless, willful, and wanton.

37.     Defendant's conduct, as alleged herein, is unfair, misleading, deceptive, and unconscionable.

38.     Plaintiff and the Class he seeks to represent have been (and will continue to be) harmed due to Defendant's conduct, as set forth herein.

39.     Plaintiff and the Class he seeks to represent have suffered and will continue to suffer damages due to Defendants' conduct, as set forth herein.

## CLASS ACTION ALLEGATIONS

40.     Plaintiff brings this action on behalf of himself and a class of similarly-situated individuals pursuant to Fed.R.Civ.P. 23.

41.     Plaintiff also brings this action as a nationwide class action for Defendant's violations of the FDCPA on behalf of the following class of individuals: all natural persons in the United States, who were sent a letter from Defendant with the sequence representing Defendant's "URS No." visible on the face of the envelope, during the statutory period covered by this Complaint (the "FDCPA Class" or "Class").

42.     The number of individuals in the FDCPA Class is so numerous that joinder of all members is impracticable.  The exact number of members of in the Class can be determined by reviewing Defendant's records.  Plaintiff is informed and believes and thereon alleges that there are over a hundred individuals in the defined Class.

43.     Plaintiff will fairly and adequately protect the interests of the Class, and has retained counsel that is experienced and competent in class action and employment litigation. Plaintiff has no interests that are contrary to, or in conflict with, members of the Class.

44.     A class action suit, such as the instant one, is superior to other available means for fair and efficient adjudication of this lawsuit.  The damages suffered by individual members of the Class may be relatively small when compared to the expense and burden of litigation, making it virtually impossible for members of the Class to individually seek redress for the wrongs done to them.

45.     A class action is, therefore, superior to other available methods for the fair and efficient adjudication of the controversy.  Further, absent these actions, members of the Class likely will not obtain redress of their injuries, and Defendant will retain the proceeds of

violations of the FDCPA.  In addition, Defendant is likely to continue to violate this statute.

46.     Furthermore, even if any member of the Class could afford individual litigation against Defendant, it would be unduly burdensome to the judicial system.  Concentrating this litigation in one forum will promote judicial economy and parity among the claims of individual members of the Class and provide for judicial consistency.

47.     There is a well-defined community of interest in the questions of law and fact affecting the Class as a whole.  The questions of law and fact common to the Class predominate over any questions affecting solely individual members of the action.  Among the common questions of law and fact are:

        a.      Whether Defendant disclosed debtor's "URS No." on the face of the mailing envelope;

        b.      Whether Defendant violated 15 U.S.C. § 1692f; and

        c.      Whether Plaintiff and the members of the Class have sustained damages and, if so, the proper measure of damages.

48.     Plaintiff's claims are typical of the claims of members of the Class.  Plaintiff and members of the Class have sustained damages arising out the same wrongful and uniform practices of Defendant.

49.     Plaintiff knows of no difficulty that will be encountered in the management of this litigation that would preclude its continued maintenance.

## COUNT I
## FDCPA

50.     Plaintiff hereby incorporates all facts and allegations of this document by reference, as if fully set forth at length herein.

51.     Defendant is a "debt collector" as that term is defined under the FDCPA.

8

52.     As described herein, the actions of the Defendant violates the applicable provisions of the FDCPA.

53.     Defendant's violations with respect to its collection efforts, include but are not limited to:

      a.     Using unfair or unconscionable means to collect or attempt to collect any debt, in violation of 15 U.S.C. § 1692f; and

      b.     Using language or symbols, other than the debt collector's address, on envelopes when communicating with a consumer, in violation of 15 U.S.C. § 1692f(8).

54.     As a result of Defendant's violations of the FDCPA, Plaintiff and the members of the Class have suffered damages in an amount to be determined at trial.

## V.     **CLAIM FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for:

      (a)     A Declaration that Defendant has violated the applicable provisions of the FDCPA;

      (b)     An Order designating this action as a class action pursuant to Fed.R.Civ.P. 23;

      (c)     An Order appointing Plaintiff and her counsel to represent the Class;

      (d)     An Order enjoining Defendant from any further violations of the FDCPA;

      (e)     Actual damages;

      (f)     Statutory damages;

      (g)     Attorneys' fees and costs; and

(h)     Such other relief as the Honorable Court shall deem just and appropriate.

## VI.     DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

Date: <u>December 3, 2014</u>

Respectfully submitted,
**KALIKHMAN & RAYZ, LLC**

/s/

Arkady "Eric" Rayz
Demetri A. Braynin
1051 County Line Road, Suite "A"
Huntingdon Valley, PA 19006
Telephone:  (215) 364-5030
Facsimile:  (215) 364-5029
E-mail: erayz@kalraylaw.com
E-mail: dbraynin@kalraylaw.com

**CONNOLLY WELLS & GRAY, LLP**
Gerald D. Wells, III
Robert J. Gray
2200 Renaissance Blvd., Suite 308
King of Prussia, PA 19406
Telephone:  (610) 822-3700
Facsimile:  (610) 822-3800
Email: gwells@cwg-law.com
Email: rgray@cwg-law.com

Counsel for Plaintiff(s) and the Proposed
Class(es)

# EXHIBIT "A"

5800 North Course Drive
Houston, Texas 77072



5/7/2014

Address Service Requested

#BWNFTZF #URS7740900614053#
 || |·|| |·|·||· ·|| ·ull·| ·|·|t |·||·||| ·|·|·|·t| || ||·|·| ·||

Susan Ebner


## UNITED RECOVERY SYSTEMS
### WWW.URSI.COM

Creditor: Chase Bank U.S.A., N.A.
Account No.: XXXXXXXXXXXX2603
Amount Due:  $5,727.51 as of 5/7/2014
Telephone:  888-732-7009, ext 9064
Account Number Masked for Your Security

United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929
·u||u|||·|· ·||·|||·|| ·|·||·|| ·||·||·|·||·| ·|· ·|| ||·|·|·||·

*Please detach at perforation and return with your payment.*

---

### YOUR DELINQUENT ACCOUNT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION!!!!

Please remit payment in full of any undisputed amount, payable to our client, in the enclosed envelope.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

We trust that your intention is to address this long overdue debt. If you wish to make payment arrangements, you can call our office 24 hours a day at 888-732-7009, Ext. 9064 so we can assist you in resolving this matter. As of the date of this letter you owe the amount stated above. For further information about your balance please call your account representative.

This communication is from a debt collector. We are required to inform you that this is an attempt to collect a debt, and any information obtained will be used for this purpose.

Sincerely,

LAQUISHA N TAYLOR
888-732-7009, ext 9064
United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929

Traducción en español
al lado reverso!

If you write to us and ask us to stop communicating with you about this debt, we will, but if you owe this debt, you will still owe it and the debt may still be collected from you. If you have a complaint about the way we are collecting this debt, you may write to our Contact Center, 5800 North Course Drive, Houston, TX 77072 or call us toll-free at (800) 326-8040 between 9:00 A.M. CST and 5:00 P.M. CST Monday-Friday.

5800 North Course Drive   Houston, Texas 77072

URS08001-0507-473032347 4592

5800 North Course Drive
Houston, Texas 77072



UNITED RECOVERY SYSTEMS®
WWW.URSI.COM

5/7/2014

Address Service Requested

#BWNFTZF #URS7740900614053#

Susan Ebner

Acreedor: Chase Bank U.S.A., N.A.
Cuenta No.: XXXXXXXXXXX2603
Importe debido como de: 5/7/2014  $5,727.51
Para asistencia en español llame: (800) 354-4150

United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929

*Por favor destacar al perforación y retornar con su pago.*

---

## NUESTRA OFICINA ESTA ENCARGADA DE COBRAR SU CUENTA EN ESTADO DELINCUENTE

Por favor remita el pago total por la cantidad acordada a nombre de nuestro cliente en el sobre adjunto.

Nuestra oficina supone que la deuda es válida a menos que usted nos notifique dentro de 30 días a partir del recibo de este aviso que usted disputa la validez de esta cuenta en su totalidad o parcialmente. Si usted notifica esta oficina en la escritura dentro del periodo de treinta-dia que la deuda, o cualquier porcion del mismo, se disputa, neustra oficina se encargara de obtener verificacion de lad deuda o de obetener una copia del fallo y de enviarle a used por correo una copia de dicho fallo o verificacion. Si usted solicita por escrito 30 dias a partir del recibo de este aviso el nombre y la dirección del acreedor original de la deuda, nuestra oficina se los facilitará si no son los mismos que aparecen en esta cuenta.

Confiamos en que usted tengal la intención debera esta deuda atrasada larga. Si desea hacer arreglos para pagar la cuenta, para asistencia en español 24 horas al dia llame: (800) 354-4150, para que podamos asistirlo en este asunto. Desde la fecha de esta carta usted debe la cantidad indicada arriba. Para mayor informacion sobre su balance por favor llame a su representante.

Esta comunicacion es de parte de un cobrador. Es requisito informarlo a usted de nuestra intención de cobrar la deuda y de que toda la información obtenida. Será utilizada con este propósito.

Atentamente,

LAQUISHA N TAYLOR
(800) 354-4150
United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929

English text on other side!

Si nos escribe y pide que dejemos de comunicarnos con usted respecto a esta deuda, los haremos. Sin embargo, si usted realmente debe esta dueda, continuara debiendola y es possible que el acreedor colectar. Si tiene una queja acerca de la manera en la que estamos colectando esta dueda, usted puede escribimos a nuestro Centro de Contacto ("Contact Center"), 5800 North Course Drive, Houston, TX 77072 o puede llamarnos sin cargo alguno al (800) 326-8040 entre las horas de 9:00 A.M. tiempo central ("central time") a 5:00 P.M. tiempo central ("central time") de lunes a viernes.

5800 North Course Drive   Houston, Texas 77072

URSO8001-0507-473032347 4592

# EXHIBIT "B"

5800 North Course Drive
Houston, Texas 77072



**UNITED RECOVERY SYSTEMS**
WWW.URSI.COM

June 11, 2014

Address Service Requested

#BWNFTZF #URS2628123514066#

Susan Ebner

| | |
|---|---|
| Date:  June 11, 2014 | |
| Creditor: Chase Bank U.S.A., N.A. | |
| Account No.:  XXXXXXXXXXXX2603 | |
| URS No.: | |
| Account Balance:  -$5,727.51 | |
| Telephone:  888-732-7009, ext 4987 | |
| Call Our Office 24 Hours A Day | |
| Account Number Masked for Your Security | |

## SETTLEMENT OFFER
### $2,291.00 IN 3 PAYMENTS

Our client Chase Bank U.S.A., N.A. is offering you a settlement of $2,291.00 in 3 payments over 3 months starting on June 25, 2014.

Once all three (3) payments of $763.67 each have been paid to our office on time, we will consider this account settled in full.

Each payment must be received by the due date or this settlement will be cancelled.  If the settlement is cancelled any payments already received will be credited towards the full balance.  Please send in your payments along with the payment stub to the address listed on the coupon.

Please call our toll free number, 888-732-7009 to confirm your interest in the settlement offer or to explain your circumstances.

Chase Bank U.S.A., N.A. is required by the IRS to provide information about certain amounts that are discharged as a result of a cancellation of a debt on a form 1099C. If Chase Bank U.S.A., N.A. is required to notify the IRS, you will receive a copy of the form 1099C that is filed with the IRS.

This communication is from a debt collector.  We are required to inform you that this is an attempt to collect a debt, and any information obtained will be used for this purpose.

Sincerely,
MRS W WHITE ext. 4987
United Recovery Systems, LP

---

*Detach Coupon And Mail Payment*

---

**1 OF 3**

**ACC#**          **- 0306**
Mail Payment To:
United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929

Payment Amt - $763.67
Due Date - June 25, 2014
Payable to: Chase Bank U.S.A., N.A.
Detach Coupon And Mail Payment

**2 OF 3**

**ACC#**          **- 0306**
Mail Payment To:
United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929

Payment Amt - $763.67
Due Date - July 25, 2014
Payable to: Chase Bank U.S.A.,
N.A.
Detach Coupon And Mail Payment

**3 OF 3**

**ACC#**          **- 0306**
Mail Payment To:
United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929

Payment Amt - $763.67
Due Date - August 24, 2014
Payable to: Chase Bank U.S.A.,
N.A.
Detach Coupon And Mail Payment

URS08833-0611-484391021 356

# EXHIBIT "C"



**UNITED RECOVERY SYSTEMS** LP
WWW.URSI.COM

5800 North Course Drive
Houston, Texas 77072

August 7, 2014

Address Service Requested

#BWNFTZF #URS2461592414083#


Susan Ebner

| Date: August 7, 2014 |
| Creditor: Chase Bank U.S.A., N.A. |
| Account No.:  XXXXXXXXXXXX2603 |
| URS No: |
| Amount Due:  $5,727.51 |
| Telephone:  888-793-6186, ext 8628 |
| Account Number Masked for Your Security |

United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929

Please detach at perforation and return with your payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Save Money by Settling Your Account

We have been trying to contact you with regard to the referenced account. Our client has agreed to allow you to settle this account for less than the full balance.  Chase Bank U.S.A., N.A. has agreed to offer you a settlement of $2,291.00, to be paid in 12 payments over a 12 month period.

Your first payment must be received within 10 days of the date of this mailing. Consecutive payments are to be made at a minimum of once every 30 days until the settlement amount is paid. Each payment must be received in the described time frame or the settlement offer will be cancelled. If the settlement is cancelled any payments already received will be credited towards the full balance.

If you are unable to take advantage of a settlement offer our client has asked us to work with you to negotiate a payment plan based upon your individual circumstances.

Please call our toll-free telephone number as soon as possible to discuss settlement of this account. We WILL work with you. You can call MRS W WHITE at our toll-free number 24 hours a day at 888-793-6186, extension 8628. We look forward to helping you resolve this account.

Chase Bank U.S.A., N.A. is required by the IRS to provide information about certain amounts that are discharged as a result of a cancellation of a debt on a form 1099C. If Chase Bank U.S.A., N.A. is required to notify the IRS, you will receive a copy of the form 1099C that is filed with the IRS.

This communication is from a debt collector. We are required to inform you that this is an attempt to collect a debt, and any information obtained will be used for this purpose.

Sincerely,

MRS W WHITE, ext 8628
United Recovery Systems, LP
P.O. Box 722929
Houston, TX  77272-2929

| Creditor: Chase Bank U.S.A., N.A. |
| Account No.:  XXXXXXXXXXXX2603 |
| URS No: |
| Amount Due:  $5,727.51 as of August 7, 2014 |
| Telephone:  888-793-6186, ext8628 |
| Account Number Masked for Your Security |

5800 North Course Drive   Houston, Texas 77072

URS06839-0807-502100184 1716

# EXHIBIT "D"

5800 North Course Drive
Houston, Texas 77072



UNITED RECOVERY SYSTEMS®
LP
WWW.URSI.COM

8/8/2014

Address Service Requested

#BWNFTZF #URS2573603514089#



Susan K. Ebner

Creditor: Citibank, N.A.
            CITI AT&T UNIVERSAL MASTERCARD
Account No.: XXXXXXXXXXXX4980
Amount Due: $16,532.26 as of 8/8/2014
Telephone: 866-740-3104, ext 3466
You May Call Our Office 24 Hours A Day
Account Number Masked for Your Security

United Recovery Systems, LP
P.O. Box 722910
Houston, TX 77272-2910

Please detach at perforation and return with your payment.

---

## YOUR DELINQUENT ACCOUNT HAS BEEN LISTED WITH THIS OFFICE FOR COLLECTION!!!!

Please remit payment in full of any undisputed amount, payable to our client, in the enclosed envelope.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

We trust that your intention is to address this long overdue debt. If you wish to make payment arrangements you can call our office 24 hours a day, at 866-740-3104, Ext. 3466 so we may assist you in resolving this matter. As of the date of this letter you owe the amount stated above. Because your account continues to accrue interest and may accrue late and other charges on all owed balances pursuant to your agreement with Citibank, N.A., the amount due on the date you pay may be greater. If you pay the amount above an adjustment may be necessary after we receive your check. If so, we will contact you. For further information about your balance please call your account representative.

This communication is from a debt collector. We are required to inform you that this is an attempt to collect a debt, and any information obtained will be used for this purpose.

Sincerely,

CHRISTOPHER TEMPLE
866-740-3104, ext 3466
United Recovery Systems, LP
P.O. Box 722910
Houston, TX 77272-2910

Traducción en español
    al lado reverso!

If you write to us and ask us to stop communicating with you about this debt, we will, but if you owe this debt, you will still owe it and the debt may still be collected from you. If you have a complaint about the way we are collecting this debt, you may write to our Contact Center, 5800 North Course Drive, Houston, TX 77072 or call us toll-free at (800) 326-8040 between 9:00 A.M. CST and 5:00 P.M. CST Monday-Friday.

5800 North Course Drive   Houston, Texas 77072

URIS07005-0808-5C2458113 4444

5800 North Course Drive
Houston, Texas 77072



8/8/2014

Address Service Requested

#BWNFTZF #URS2573603514089#

ılıllıılıⁱılıⁱlⁱⁱllⁱlⁱlⁱlⁱⁱⁱlⁱlⁱlⁱllⁱⁱⁱlⁱⁱⁱlⁱlⁱlⁱlⁱⁱⁱⁱ

Susan K. Ebner



**UNITED RECOVERY SYSTEMS** LP
WWW.URSI.COM

---

Acreedor: Citibank, N.A.
          CITI AT&T UNIVERSAL MASTERCARD
Cuenta No.: XXXXXXXXXXX4980
Importe debido como de: 8/8/2014  $16,532.26
Para asistencia en español llame: (800) 354-4150
Usted puede llamar a nuestra oficina 24 horas al dia.

---

United Recovery Systems, LP
P.O. Box 722910
Houston, TX  77272-2910
ılıllⁱlⁱlⁱlⁱlⁱlⁱlllⁱⁱlⁱlⁱlⁱlⁱllⁱⁱlⁱlⁱllⁱⁱⁱⁱⁱⁱlllⁱⁱlⁱlⁱl

*Por favor destacale al perforación y retornar con su pago.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NUESTRA OFICINA ESTA ENCARGADA DE COBRAR SU CUENTA EN ESTADO DELINCUENTE

Por favor remita el pago total por la cantidad acordada a nombre de nuestro cliente en el sobre adjunto.

Nuestra oficina supone que la deuda es válida a menos que usted nos notifique dentro de 30 días a partir del recibo de este aviso que usted disputa la validez de esta cuenta en su totalidad o parcialmente. Si usted se sirve de notificar a esta oficina por escrito dentro de un período de 30 días a partir del recibo de este aviso, nuestra oficina se encargará de obtener verificación de la deuda o de obtener una copia del fallo y de enviarle a usted por correo una copia de dicho fallo o verificación. Si usted solicita por escrito 30 días a partir del recibo de este aviso el nombre y la dirección del acreedor original de la deuda, nuestra oficina se los facilitará si no son los mismos que aparecen en esta cuenta.

Confiamos en que usted tenga la intención de liquidar esta deuda pendiente. Si desea hacer arreglos para pagar la cuenta, para asistencia en espanol 24 horas al dia llame: (800) 354-4150, para que podamos asistirlo en este asunto. Desde la fecha de esta carta usted debe la cantidad indicada arriba. Como su cuenta sigue aumentando intereses, cargos de pagos tarde y otros gastos que pueden cambiar con el transcurso de los dias. La cantidad que usted deba en la fecha que usted decida pagar podria ser mayor. Si usted paga la cantidad indicada arriba, un ajuste podria ser necessario despues que recibamos su pago. Si es el caso nos comunicaremos con usted. Para mayor informacion sobre su balance por favor llame a su representante.

Esta comunicacion es de parte de un cobrador. Es requisito informarlo a usted de nuestra intención de cobrar la deuda y de que toda la información obtenida. Será utilizada con este propósito.

Atentamente,

**CHRISTOPHER TEMPLE**
(800) 354-4150
United Recovery Systems, LP
P.O. Box 722910
Houston, TX  77272-2910

English text on other side!

> Si nos escribe y pide que dejemos de comunicarnos con usted respecto a esta deuda, los haremos. Sin embargo, si usted realmente debe esta dueda, continuara debiendola y es possible que el acreedor colectar. Si tiene una queja acerca de la manera en la que estamos colectando esta deuda, usted puede escribirnos a nuestro Centro de Contacto ("Contact Center"), 5800 North Course Drive, Houston, TX 77072 o puede llamarnos sin cargo alguno al (800) 326-8040 entre las horas de 9:00 A.M. tiempo central ("central time") a 5:00 P.M. tiempo central ("central time") de lunes a viernes.

5800 North Course Drive   Houston, Texas 77072

URS07005-0808-502458113 4444