UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN EBNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED RECOVERY SYSTEMS, LP; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | No. 14-cv-6881 |

### ORDER

This matter having come before the Court upon the previously-scheduled status hearing as to the status of class settlement, Gerald D. Wells, III, present telephonically for Plaintiff, and Brandon A. Carnes and George J. Lavin, III, present telephonically for Defendant, and the Court being fully advised in the premises, it is hereby ORDERED:

The Parties have advised the Court that they are settled in principle and are in the process of documenting their settlement agreement. As such, the Parties shall file their motion for preliminary approval of the proposed settlement release within 21 days from the date of entry of this Order. Following entry of a Preliminary Approval Order concerning the settlement, counsel for Defendant shall tender a complete list of the class members' names and last known mailing addresses to the settlement claims administrator within the time frame agreed to by the Parties and set forth in their Settlement Agreement. Thereafter, notice shall be disseminated to putative class members in accordance with this Court's Preliminary Approval Order. This Court will conduct a fairness hearing within 120 days, and in no event earlier than 100 days, from its entry of a Preliminary Approval Order. The Court shall thereafter render its final decision on approval of the settlement release at a time amenable to the Court.

DATED: 3/23/2016

_____
Hon. Judge Wendy J. Beetlestone