# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN EBNER,<br>         Plaintiff,<br><br>    v.<br><br>UNITED RECOVERY SYSTEMS, LP, and<br>DOES 1 THROUGH 10,<br>         Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  14-6881 |

## O R D E R

**AND NOW**, this 14th day of July, 2016, **IT IS ORDERED** that the Final Approval Hearing set for Tuesday, September 6, 2016, at 2:30 PM is **RESCHEDULED** to Wednesday, September 7, 2016, at 4:00 PM in Courtroom 3-B, U.S. Courthouse - Philadelphia.

**BY THE COURT:**


/s/ Wendy Beetlestone

**WENDY BEETLESTONE, J.**