IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN EBNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RECOVERY SYSTEMS, LP., et *al*<br><br>Defendants. | Civil Action No. 14-cv-06881 |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS,
APPROVAL OF AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES AND CASE CONTRIBUTION AWARD TO PLAINTIFF**

Plaintiff, Susan Ebner respectfully requests that the Court enter an Order: (i) granting final approval of the Class Action Settlement; (ii) certifying the Settlement Class; (iii) approving the Case Contribution award for Plaintiff; (iv) granting Class Counsel's requested award of attorneys' fees and expenses; and (v) such further and other relief as this Court deems just and proper. Plaintiff is submitting a proposed Final Order attached hereto and incorporated herein. In further support of this Motion Plaintiff is contemporaneously filing the following:

(1) Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval and Certification of Settlement Class;

(2) Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Award to Plaintiff;

(3) Declaration of Gerald D. Wells, III in Support of Plaintiff's Motion for Final Approval of Class Action Settlement

By Order entered on July 14, 2016 the Court scheduled the hearing on this Motion for September 7, 2016, at 4:00 p.m. in Courtroom 3B, United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania 19106.

Dated:  August 23, 2016

Respectfully submitted,

**CONNOLLY WELLS & GRAY, LLP**

By:  /s/ *Gerald D. Wells, III*
Gerald D. Wells, III
Robert J. Gray
2200 Renaissance Blvd., Suite 308
King of Prussia, PA 19406
Telephone:  (610) 822-3700
Facsimile:  (610) 822-3800
Email: gwells@cwg-law.com
Email: rgray@cwg-law.com

**KALIKHMAN & RAYZ, LLC**
Eric Rayz, Esquire
1051 County Line Road, Suite "A"
Huntingdon Valley, PA 19006
Telephone: (215) 364-5030
Facsimile: (215) 364-5029
E-mail: erayz@kalraylaw.com

*Counsel for Plaintiff and the Proposed Settlement Class*